No. 01–1878.  HAWAII ET AL. *v.* VINSON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 01–10864.  HITT *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 01–10886.  NEAL *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–10912.  MIRE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–275.  RESTREPO *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir.  Certiorari denied.

No. 02–319.  PITT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–320.  KARAMANOS ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–324.  COY *v.* PHELPS.  C. A. 6th Cir.  Certiorari denied.

No. 02–348.  SEIBER ET VIR *v.* OREGON, BY AND THROUGH THE OREGON STATE BOARD OF FORESTRY.  Ct. App. Ore.  Certiorari denied.

No. 02–384.  BLACKTHORNE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–392.  NOTTI ET AL. *v.* COOK INLET REGION, INC.  C. A. 9th Cir.  Certiorari denied.

No. 02–402.  OKLAHOMA DEPARTMENT OF CORRECTIONS *v.* STEWART.  C. A. 10th Cir.  Certiorari denied.

No. 02–426.  BALLARD ET AL. *v.* GARRETT ET AL.  Sup. Ct. Ark.  Certiorari denied.

No. 02–437.  JACKSON *v.* CHUBB CORP. ET AL.  C. A. 3d Cir. Certiorari denied.